Case: 1:21-mj-00344
Assigned to: Judge Meriweather, Robin M.
Assign Date: 3/30/2021
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On March 15, 2021, W-1 reported to officers of the Metropolitan Police Department Seventh Police District, that CHARLES CLARK, her former boyfriend, sexually assaulted her sixteen-year-old daughter, hereinafter referred to as MV1. W-1 and CLARK were in a romantic relationship and lived together, along with MV1, for approximately eight years. The relationship ended in December of 2019. According to W-1, MV1 stated that the abuse began when she was 13-years-old and occurred at W-1's residence in Washington, D.C., and at CLARK's residence located in Waldorf, Maryland. W-1 also reported that MV1 provided her with screenshots of messages between CLARK and MV1 that detail the sexual relationship.

On March 17, 2021, your affiant, Youth and Family Services Division Detective Eric Walsh, interviewed W-1. W-1 stated that, on March 11, 2021, MV1 told W-1 that CLARK began sexually abusing MV1 when MV1 was 13-years-old. On March 11, 2021, MV1 provided W-1 with Instagram direct messages between MV1's Instagram account and CLARK's Instagram account. The messages date back to August, 2020. W-1 indicated that the messages show CLARK asking MV1 for nude photographs, sending MV1 nude photographs of himself, and talking about performing sexual acts with MV1.

MV1 told W-1 that the last time she was abused by CLARK was just before W-1 ended her relationship with CLARK in December of 2019.

W-1 provided your affiant with CLARK's Instagram vanity name and MV1's Instagram vanity name. A vanity name on Instagram is the URL address, or web address, which is associated with each unique Instagram username. MV1 and W-1 also provided your affiant with the username and password to access MV1's Instagram account. MV1 and W-1 later gave your affiant permission to assume MV1's Instagram identity and continued messaging CLARK while pretending to be MV1.

On March 23, 2021, your affiant, along with a Charles County Sheriff's Office (CCSO) detective, conducted a recorded interview with MV1, who was born in 2004. MV1 said that CLARK began living with her family in Washington, D.C., approximately eight years ago. CLARK would stay at her house Monday through Friday because it was closer to his workplace. CLARK would go to his home in Waldorf, Maryland on the weekends to check on his house. MV1 recalled the first time that CLARK began to touch her was when they were in the basement of her residence in Washington, D.C. He was touching her inappropriately and attempted to take her pants off but was unsuccessful. MV1 said that approximately one week later, CLARK offered to give her an iPhone, which she had been trying to obtain from W-1, if she had sexual relations with him. MV1 said that this occurred when she was 13-years-old and after she returned home from a summer camp she had attended at Fort Stanton Recreation Center.

MV1 said that the first time CLARK forced her to have sexual intercourse was later that summer. MV1 and CLARK were upstairs in her mother's bedroom and CLARK "kinda forced himself on" her. MV1 stated that CLARK placed his penis in her vagina. MV1 said that it was hurting so she told CLARK that it was enough. Nonetheless, CLARK "kept going until he finished." MV1 stated

that this became a "daily thing" and it continued from that summer until W-1 ended the relationship with CLARK in December of 2019.

MV1 reported that CLARK's sexual abuse of her always occurred in W-1's bedroom. W-1 was never home when CLARK abused her, and CLARK would either text or Instagram direct message her to come to W-1's room. MV1 disclosed that, in addition to vaginal intercourse, MV1 performed oral sex on CLARK, and CLARK performed oral sex on MV1. MV1 also stated that CLARK would ejaculate both on her body and inside of her vagina. When MV1 was approximately 15-years-old, she began using birth control. Once MV1 was using birth control, CLARK predominately ejaculated in her vagina.

MV1 disclosed that CLARK had an accident that left him with limited use of one of his hands/arms. After this occurred, CLARK would more often ask W-1 if MV1 could come with him to his house in Waldorf, Maryland to assist him with cleaning. MV1 knew that the only reason CLARK was asking MV1 to come to his house was to engage in sexual intercourse with MV1. MV1 explained that she would go because CLARK would give her the freedom to do things like talking to, or hanging out with, her friends. However, if MV1 tried to actually go out and do things, CLARK would make comments about how MV1 had not "satisfied him" yet. MV1 also recalled times when CLARK would pick her up from work in Washington, D.C. and take her to his house in Waldorf, Maryland, for the sole purpose of engaging in sexual intercourse with her. MV1 estimated that she engaged in sexual intercourse with CLARK approximately 100 times in Washington, DC, and approximately 70-100 times in Waldorf, Maryland, between the summer of 2017 and December 2019.

MV1 reported that in late 2018 or early 2019, CLARK began making requests for her to send nude photographs of herself. CLARK would make comments such as "show me your butt", "show me your boobs", or "show me your pussy." MV1 stated that she fulfilled these requests and sent nude photographs of her body to CLARK from her residence in Washington, D.C. CLARK would also send unsolicited pictures of his bare penis to MV1.

MV1 was shown a single confirmation photograph depicting CLARK and positively identified him as the individual who had been sexually abusing her.

On March 23, 2021, your affiant conducted a follow-up interview with W-1. W-1 provided your affiant with the text messages sent to her by MV1 when she disclosed. MV1 told W-1 via text that CLARK began having sex with MV1 at the age of 13 and that she only went with him to his house because he would give her the freedom to do what she wanted with her friends. MV1 also told W-1 that CLARK would buy her "phones, clothes and other stuff as long as she kept her mouth shut."

Your affiant, assumed the identity of MV1 and began messaging with CLARK on Thursday, March 18, 2021 at 12:50 PM using Instagram direct messaging. During the course of messaging with CLARK, he stated that he and MV1 had been together for 5 years and that she "gave [him] the most precious thing a woman can give a man." When asked what that is, CLARK responded that MV1 gave him her "virginity." When asked if he recalled when the date was that they first had sex, he stated he did not recall the first time but that they were "still together after 5 years." When asked if he thinks it was 2016 or 2017, CLARK responded that he just knew it was in the

summer. Your affiant responded that it is not 5 years yet, and that it would not be until the summertime. CLARK responded, "13-17 is five years its warm in April." The 13-17 range indicates the ages of MV1 during the time CLARK was having sex with her. Your affiant asked CLARK if he was happy that he was her first at 13, and CLARK responded, "Hell yeah I cherish that shit to my heart." Later in the conversation, CLARK sent a selfie picture of himself, which showed his face, and said that he posted it on his Facebook page and "women tripping."

On March 23, 2021, CLARK indicated, through messaging, that he still has "all three" of the pieces of lingerie that he bought MV1 and he said that he was "still trying to find a picture of [her] with the blue one." MV1 had previously indicated to your affiant that CLARK took a picture of her in the blue piece of lingerie. CLARK also stated that he still has all of the photographs that MV1 had sent him in the past but some are on a different phone.

When asked which pictures he liked the best that MV1 had sent him, CLARK sent back a picture that only showed MV1's face. CLARK sent a photograph of his penis and said, "If this don't help you masturbate nothing will." CLARK then sent another photograph that he said was one he liked that MV1 had previously sent him. This photograph depicted an unclothed vagina. MV1's face is not visible in the picture, however the skin tone of the individual in the photograph is consistent with MV1's skin tone.

On March 26, 2021, CLARK was arrested in Washington, DC, pursuant to a Charles County, Maryland arrest warrant.

CLARK's sexual abuse of MVI began when MV1 was 13 years old and CLARK was 61-years-old, and continued through the time MV1 was 15 years old.

**CONCLUSION**

Based on the above information, there is probable cause to believe that CHARLES CLARK committed the following offenses: Travel with Intent to Engage in Criminal Sexual Activity, in violation of title 18 U.S.C. 2423(a), on or about and between June 1, 2017 and December 31, 2019; Coercion and Enticement, in violation of 18 U.S.C. 2422(b), on or about and between June 1, 2017 and December 31, 2019; Distribution of Child Pornography, in violation of 18 U.S.C. 2522(a)(2), on or about March 23, 2021; and First Degree Child Sexual Abuse with Aggravating Circumstances, in violation of D.C. Code Section 22-3008(a), 3020(a)(2), on or about and between June 1, 2017 and December 31, 2019.

_____
ERIC WALSH
Detective, Metropolitan Police Department


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 30th day of March 2021.

_____
ROBIN M. MERIWEATHER
U.S. Magistrate Judge