# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-MJ-344 |
| v. : | |
| : | |
| CHARLES CLARK, : | |
| : | |
| Defendant. : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
## AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The defendant, through undersigned counsel, respectfully moves to continue the preliminary hearing scheduled for June 30, 2021, to September 8, 2021, and to exclude time under the Speedy Trial Act, and in support of the motion submits the following:

On April 6, 2021, the defendant was presented before this Court on a four-count criminal complaint charging him with Travel with Intent to Engage in Criminal Sexual Activity, in violation of 18 U.S.C. § 2423(a), Coercion and Enticement in violation of 18 U.S.C. § 2422(b), First Degree Child Sexual Abuse with Aggravating Circumstances, under 22 D.C. Code §§ 3008(a) and 3020(a)(2), and Distribution of Child Pornography under 18 U.S.C. § 2252(a)(2)).

On April 16, 2021, a detention hearing was held, at which time the Court order the Defendant to be held without bond during the pendency of this matter. The government has provided substantial pre-indictment discovery in this case and had indicated that additional discovery is forthcoming. In addition, the parties are exploring a possible plea agreement that would obviate the need for an indictment or trial. However, the parties need additional time to engage in discussions and for defense counsel to review discovery. Mr. Clark was hospitalized and remains on the medical unit at the jail, making attorney/client conversation very difficult. Continuing the preliminary hearing currently scheduled for June 30, 2021, to September 8, 2021,

will provide the parties with additional time to engage in those discussions.

The Speedy Trial Act requires that the government file an information or indictment against a defendant within 30 days of arrest. 18 U.S.C. § 3161(b). However, the Act excludes any period of delay when a judge grants a continuance and finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). When granting an ends-of-justice continuance, the Court must "set[] forth, in the record of the case, either orally or in writing, its reasons for [that] finding." *Id.*

Here, the exclusion of time through September 8, 2021, best serves the interests and ends of justice and outweighs the interests of the public and the defendant in a speedy trial because excluding such time will afford the defense the opportunity to engage in pre-indictment plea discussions with the government and to continue reviewing informal discovery. The government consents to this motion

WHEREFORE, the parties respectfully request that the Court continue this matter to September 8, 2021, and exclude time through and including that date, for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

_/s/ Jay P. Mykytiuk_
JAY P. MYKYTIUK
D.C. Bar No. 976596
Counsel for the Defendant
Scrofano Law PC
406 5th Street NW
Washington, D.C. 20001
(202) 630-1522
jpm@scrofanolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court, and provided to all parties of record via CM/ECF this 29th day of June 2021.

_/s/_

**Jay Paul Mykytiuk**